IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GARY BRANDON CONWAY | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv571 |
| LIEUTENANT FRANKS, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Gary Brandon Conway, an inmate at the Federal Correctional Complex, proceeding *pro se*, brought this civil rights lawsuit.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing this action without prejudice based on plaintiff's failure to prosecute.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the report and recommendation was mailed to plaintiff at the address provided to the court. The copy of the report mailed to plaintiff was returned to the court with a notation that plaintiff is no longer at that address. Plaintiff, however, has failed to provide the court with a new address at which he may be contacted. As of this date, no objections to the Report and Recommendation of United States Magistrate Judge have been filed.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report and recommendation of the magistrate judge is **ADOPTED**. A separate final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 22nd day of April, 2022.**

_____
Michael J. Truncale
United States District Judge